**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| GLENN B. ZILCH | Bankruptcy Case NO: 12-23355-GLT |
| PATRICIA A. ZILCH | Chapter 13 |
| Debtors | Docket No: |

LAKEVIEW LOAN SERVICING, LLC

    Movant

Vs.

GLENN B. ZILCH AND PATRICIA A. ZILCH,

    Respondents

## **DECLARATION**

AND NOW, comes the Debtors/Respondents and aver the following in support of their Declaration.

1. That they are the Debtors in the above matter.

2. That Lakeview Loan Servicing is the holder of a mortgage on their residential real estate.

3. That Debtors have reviewed the Notice of Mortgage Payment Change and believe the said Notice to be accurate.

4. That Debtors and counsel have reviewed the Plan filed in this matter and believe it to be sufficient to fund the plan with the new payment of $835.30.

5. That Debtors believe that the payment allowed in the Plan should be continued through the remainder of the Plan.

RESPECTFULLY SUBMITTED:

/S/ Glenn B. Zilch                    /s/ William F. Dannhardt, Esquire
                                      Attorney for Debtors
/s/ Patricia A. Zilch                 85B Universal Road
                                      Pittsburgh, PA 15235
                                      412-371-1100
                                      Pa id 38595
                                      wfdesquire@gmail.com