### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**IN RE:**

| | |
|---|---|
| GLENN B. ZILCH | Bankruptcy Case NO: 12-23355-GLT |
| PATRICIA A. ZILCH | Chapter 13 |
| Debtor | Docket No: |
| | Document No: |

### CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW, come the Debtors by and thru his attorney, William F. Dannhardt, Esquire and who avers the following in support of his Certification of Discharge Eligibility:

1.  That Debtors, at the time of filing, did not have a child support obligation and that in fact, Debtors at any time during the bankruptcy case never had a child support obligation that was to be paid or was paid in this case.

2.  That Debtors have completed and paid all payments due under the Plan.

3.  That no debts were disallowed under the Plan and that all unsecured debts were accounted for in the Plan.

4.  That all allowed claims were paid in the Plan.

5.  That all instructional classes both pre-filing and post filing personal financial management have been completed.

6.  That the Debtors have not been involved in any criminal issues or that Section 522 applies in any way to Debtors.

7.      That no previous bankruptcies were filed that would disallow the discharge to be entered in the within matter.

8.      That no objections to Trustee's application have been received to date which would disallow the discharge to be entered in this matter.

WHEREFORE, Debtors request this Honorable Court to enter discharge in the above matter and approve the Final Report of the Trustee of Completion of Chapter 13 Plan and any other such relief as the Court may deem necessary.

RESPECTFULLY SUBMITTED:

/SS/ WILLIAM F. DANNHARDT, ESQUIRE
WILLIAM F. DANNHARDT, ESQUIRE
85-B Universal Road
Pittsburgh, PA 15235
412-371-1100
PA ID: 38595
wfdesquire@gmail.com