**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/20/17 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

|  |  |
|---|---|
| IN RE:<br>  GLENN B. ZILCH<br>PATRICIA A ZILCH<br>       Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  GLENN B. ZILCH<br>PATRICIA A ZILCH<br><br>     Respondents | Case No.12-23355GLT<br><br><br>Chapter 13<br><br><br>Document No. __82_____ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___20th_____ day of __July_____ , 20_17_, it is hereby ORDERED, ADJUDGED, and DECREED that,

Allegheny County*
Attn:Controller'S Office Rm#2*
436 Grant St 104 Courthouse*
Pittsburgh,PA 15219-

is hereby ordered to immediately terminate the attachment of the wages of GLENN B. ZILCH,

social security number XXX-XX-7847.   No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of GLENN B. ZILCH.

Dated: 7/20/17

BY THE COURT:

_____
GREGORY J TADDONIO hct
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 12-23355-GLT
Glenn B. Zilch                                                                      Chapter 13
Patricia A Zilch
            Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: gamr            Page 1 of 1            Date Rcvd: Jul 20, 2017
                               Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2017.
db/jdb          +Glenn B. Zilch,    Patricia A Zilch,    600 Mayville Avenue,    Pittsburgh, PA 15226-1326

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 20, 2017 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
          Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ann E. Swartz    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
          James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
          Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com
          Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          William F. Dannhardt    on behalf of Joint Debtor Patricia A Zilch wfdesquire@gmail.com
          William F. Dannhardt    on behalf of Debtor Glenn B. Zilch wfdesquire@gmail.com
                                                                                            TOTAL: 13