Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Glenn B. Zilch** | : | Case No. 12−23355−GLT |
| **Patricia A Zilch** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 89 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 11/1/17 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

    *AND NOW,* this **28th day of August, 2017**, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 89 by the Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

    (1)  **On or before October 12, 2017**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

    (2)  This Motion is scheduled for hearing on **November 1, 2017 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

    (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

    (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

*Gregory L. Taddonio, Judge*
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 12-23355-GLT
Glenn B. Zilch                                                 Chapter 13
Patricia A Zilch
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                  Page 1 of 2                  Date Rcvd: Aug 28, 2017
                               Form ID: 604                Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2017.
db/jdb         +Glenn B. Zilch,    Patricia A Zilch,    600 Mayville Avenue,    Pittsburgh, PA 15226-1326
cr            ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.A.,      PO Box 15019,    Wilmington, DE  19886-5019)
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13413335       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13497563        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13413336       +Cbe Group,    Po Box 900,    Waterloo, IA 50704-0900
13413337       +Chase Manhattan,    Attn: Bankruptcy Research Dept,    P.O. Box 24696,    Columbus, OH 43224-0696
13413338       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13431972       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13430936       +JP Morgan Chase Bank N.A.,    201 N. Central Avenue, AZ1-1191,    Phoenix, AZ 85004-1071
13765026       +Lakeview Loan Servicing, LLC,    P.O. Box 840,    Buffalo, New York 14240-0840
13416230       +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13413342       +Pnc Bank,    P.o.box 3180,    Pittsburgh, PA 15230-3180
13413343       +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
13575760        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:30:34
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13413334       +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2017 01:23:02     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13438149       +E-mail/Text: ally@ebn.phinsolutions.com Aug 29 2017 01:23:02     Ally Financial,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13435134        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2017 01:40:16
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13413339       +E-mail/Text: dplbk@discover.com Aug 29 2017 01:24:25     Discover Personal Loans,
                 Po Box 30954,    Salt Lake City UT 84130-0954
13413340       +E-mail/Text: collectionbankruptcies.bancorp@53.com Aug 29 2017 01:24:31     Fifth Third Bank,
                 Mz-Bankrupcty East-Rscbte,    1830 East Paris Ave. Se,    Grand Rapids, MI 49546-6253
13429885        E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:29:31     GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13413341       +E-mail/PDF: gecsedi@recoverycorp.com Aug 29 2017 01:30:45     Gemb/care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13519118       +E-mail/Text: bknotice@ncmllc.com Aug 29 2017 01:24:06     National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13570817        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2017 01:30:34
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13438662        E-mail/PDF: pa_dc_litigation@navient.com Aug 29 2017 01:30:13
                 Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr              Lakeview Loan Servicing, LLC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13577003*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                              TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Aug 28, 2017
                              Form ID: 604            Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William F. Dannhardt    on behalf of Joint Debtor Patricia A Zilch wfdesquire@gmail.com
              William F. Dannhardt    on behalf of Debtor Glenn B. Zilch wfdesquire@gmail.com
                                                                                              TOTAL: 13
```