**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
GLENN B. ZILCH
PATRICIA A ZILCH
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:12-23355

Chapter 13

Related to Dkt. No. 89

FILED
10/18/17 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**ORDER OF COURT**

AND NOW, this __18th__ day of __October__, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE
jah

**ENTERED BY DEFAULT**

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                      Case No. 12-23355-GLT
Glenn B. Zilch                                              Chapter 13
Patricia A Zilch
          Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: gamr              Page 1 of 2              Date Rcvd: Oct 18, 2017
                              Form ID: pdf900         Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2017.
db/jdb         +Glenn B. Zilch,    Patricia A Zilch,    600 Mayville Avenue,    Pittsburgh, PA 15226-1326
cr            ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America, N.A.,     PO Box 15019,    Wilmington, DE  19886-5019)
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13413335       +Bank Of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
13497563        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13413336       +Cbe Group,    Po Box 900,    Waterloo, IA 50704-0900
13413337       +Chase Manhattan,    Attn: Bankruptcy Research Dept,    P.O. Box 24696,    Columbus, OH 43224-0696
13413338       +Chela/Sallie Mae,    Attn: Claims Department,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
13431972       +Fifth Third Bank,    9441 LBJ Freeway, Suite 350,    Dallas, TX 75243-4652
13430936       +JP Morgan Chase Bank N.A.,    201 N. Central Avenue, AZ1-1191,    Phoenix, AZ 85004-1071
13765026       +Lakeview Loan Servicing, LLC,    P.O. Box 840,    Buffalo, New York 14240-0840
13416230       +PNC BANK,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13413342       +Pnc Bank,    P.o.box 3180,    Pittsburgh, PA 15230-3180
13413343       +Pnc Ne Er,    4661 E Main St,    Columbus, OH 43213-3298
13575760        eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:15
                 PRA Receivables Management, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
13413334       +E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2017 01:16:39      Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
13438149       +E-mail/Text: ally@ebn.phinsolutions.com Oct 19 2017 01:16:39      Ally Financial,
                 c/o Ally Servicing LLC,    P.O. Box 130424,    Roseville, MN 55113-0004
13435134        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 19 2017 01:24:29
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13413339       +E-mail/Text: dplbk@discover.com Oct 19 2017 01:17:52      Discover Personal Loans,
                 Po Box 30954,    Salt Lake City UT 84130-0954
13413340       +E-mail/Text: collectionbankruptcies.bancorp@53.com Oct 19 2017 01:17:58      Fifth Third Bank,
                 Mz-Bankrupcty East-Rscbte,    1830 East Paris Ave. Se,    Grand Rapids, MI 49546-6253
13429885        E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:08      GE Capital Retail Bank,
                 Attn: Bankruptcy Department,    PO Box 960061,    Orlando FL 32896-0661
13413341       +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2017 01:24:35      Gemb/care Credit,
                 Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13519118       +E-mail/Text: bknotice@ncmllc.com Oct 19 2017 01:17:39      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
13570817        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 19 2017 01:24:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
13438662        E-mail/PDF: pa_dc_litigation@navient.com Oct 19 2017 01:24:40
                 Sallie Mae Inc. on behalf of USA FUNDS,    Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Lakeview Loan Servicing, LLC
cr              Lakeview Loan Servicing, LLC
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
13577003*       eCAST Settlement Corporation,    POB 29262,    New York, NY 10087-9262
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: gamr                  Page 2 of 2            Date Rcvd: Oct 18, 2017
                              Form ID: pdf900             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              Andrew F Gornall    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    Bank Of America, N.A. ecfmail@mwc-law.com
              James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC mcohen@mwc-law.com
              Matthew John McClelland    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              William F. Dannhardt    on behalf of Joint Debtor Patricia A Zilch wfdesquire@gmail.com
              William F. Dannhardt    on behalf of Debtor Glenn B. Zilch wfdesquire@gmail.com
                                                                                             TOTAL: 13
```